1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  EDWARD R. FLUET (CABN 247203)
   Special Assistant United States Attorney
5
6       150 Almaden Boulevard, Suite 900
        San Jose, California 95115
7       Telephone: (408) 535-5037
        FAX: (408) 535-5066
8       E-mail: edward.fluet@usdoj.gov

9  Attorneys for United States of America

10
11                      UNITED STATES DISTRICT COURT
12                     NORTHERN DISTRICT OF CALIFORNIA
13                            SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,        ) NO. CR 13-00063 DLJ
                                     )
15      Plaintiff,                   ) NOTICE OF DISMISSAL
                                     )
16      v.                           )
                                     )
17  MARIO ARIAS-MARTINEZ,            )
                                     )
18      Defendant.                   )
                                     )
19

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
21  States Attorney for the Northern District of California dismisses the above Indictment without prejudice
22  and moves that the Court quash the arrest warrant issued in connection with the Indictment in this case.
23
24  DATED: October 30, 2013                          Respectfully submitted,
25
                                                     MELINDA HAAG
26                                                   United States Attorney
27
                                                     ___/s/_____
28                                                   J. DOUGLAS WILSON
                                                     Chief, Criminal Division

NOTICE OF DISMISSAL (CR 13-00372 DLJ)

1   Leave is granted to the government to dismiss the Indictment.  It is further ordered that the
2   arrest warrant issued in connection with the Indictment is quashed.
3
4
5   Date: _____
6                                                                    D. Lowell Jensen
                                                                     United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL (CR 13-00372 DLJ)